# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEE FAITH NUTTER,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-00242 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 1, 2017 (Doc. 11) |

On September 1, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to comply with the scheduling order, which required Plaintiff to serve a confidential letter brief upon Defendant. (Doc. 11) In the alternative, Plaintiff was directed to file a proof of service indicating the confidential letter brief was served. (*Id.* at 2) On September 15, 2017, Plaintiff filed a proof of service in compliance with the Court's order. (Doc. 13)

Based upon the foregoing, the Court **ORDERS** that the order to show cause dated September 1, 2017 (Doc. 11) is **DISCHARGED**.

IT IS SO ORDERED.

    Dated: **September 22, 2017**            **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE