# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEE FAITH NUTTER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-00242- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 17) |

On November 8, 2017, the parties stipulated for an extension of thirty days for Defendant to respond to the opening brief, requesting a deadline of December 13, 2017. (Doc. 17) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time is **GRANTED**; and

2. Defendant **SHALL** respond to the opening brief no later than **December 13, 2017**.

IT IS SO ORDERED.

Dated: **November 8, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1