# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEE FAITH NUTTER, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-00242 - JLT <br><br> ORDER GRANTING DEFENDANT A SECOND EXTENSION OF TIME |

On December 12, 2017, the parties filed a stipulation for a second extension of time for Defendant to file response to Plaintiff's opening brief. (Doc. 19) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), which was previously used by Defendant. (Docs. 17, 18)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion to amend the Scheduling Order. Defendant's counsel asserts the additional extension "needed because the attorney responsible for briefing was recently reassigned this case is still working through a backlog of cases due to having been out on medical leave." (Doc. 19 at 1) Plaintiff does not oppose the request for a further extension, and it does not appear Plaintiff would suffer any prejudice through the delay.

///

1

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Defendant's request for a second extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **January 12, 2018**.

IT IS SO ORDERED.

Dated: __**December 14, 2017**__            __**/s/ Jennifer L. Thurston**__
                                                                  UNITED STATES MAGISTRATE JUDGE